UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  EDCV 21-01771 ODW (RAO)         Date:  November 1, 2022
Title:     Michael W. Kessler v. D. Peterson et al.

Present:   The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

   Donnamarie Luengo                              N/A
     Deputy Clerk                          Court Reporter / Recorder

Attorneys Present for Plaintiff(s):      Attorneys Present for Defendant(s):

           N/A                                    N/A

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE**

On June 24, 2022, the Court issued a Further Order Re: Service. Dkt. No. 22. The Court explained that the 90-day period to effectuate service under Federal Rule of Civil Procedure 4(m) would expire on September 5, 2022. *Id.* On August 19, 2022, Plaintiff filed a request for extension. Dkt. Nos. 24-25. Plaintiff explained that he sent a request for waiver of service to the San Bernardino County Sheriff's Department. *Id.* On August 25, 2022, the Court granted Plaintiff a 30-day extension, or until October 5, 2022, to serve Defendants. Dkt. No. 26. The Court stated that if Plaintiff did not effectuate service or receive waivers of service by October 5, 2022, Plaintiff could request another extension of time with an update of the status of his efforts to serve. *Id.*

To date, Plaintiff has not filed a proof of service or a statement that he received waivers of service. Plaintiff has not requested a further extension of time or updated the Court on the status of his efforts to serve the defendants. **Plaintiff is ordered to show cause, in writing, no later than December 1, 2022,** why this action should not be dismissed without prejudice for failure to prosecute. Alternatively, Plaintiff may discharge this Order by submitting a proof of service, filing waivers of service, or filing a request for a further extension of time with an update of the status of his efforts to serve the defendants. **Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

                                                                    :
                                               Initials of Preparer    dl