UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. KESSLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. PETERSON, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 21-01771 ODW (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [60] |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, Dkt. No. 11, Defendant Ashley Hood's Motion to Dismiss ("Motion"), Dkt. No. 60, Plaintiff's Opposition to the Motion, Dkt. No. 65, Defendant Hood's Reply, Dkt. No. 66, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report"), Dkt. No. 69, Plaintiff's Objections, Dkt. No. 70, Defendant Hood's Reply to Plaintiff's Objections, Dkt. No. 71, and all other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Interim Report to which objections have been made. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

      Accordingly, IT IS ORDERED that Defendant Hood's Motion to Dismiss is GRANTED and Plaintiff's claims against Defendant Hood are dismissed with prejudice and without leave to amend. The case is referred back to the Magistrate Judge for proceedings on the remaining claims and defendants.

DATED: _December 27, 2023        _____
                                                    OTIS D. WRIGHT, II
                                                    UNITED STATES DISTRICT JUDGE