UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. KESSLER,<br><br>Plaintiff,<br><br>v.<br><br>D. PETERSON, et al.,<br><br>Defendants. | Case No. EDCV 21-01771 MRA (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge ("Report") dated January 10, 2025, Dkt. No. 100, and all other records and files herein. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

DATED: February 26, 2025

MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE