JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. KESSLER,<br><br>Plaintiff,<br><br>v.<br><br>D. PETERSON, et al.,<br><br>Defendants. | Case No. EDCV 21-01771 MRA (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATE: February 26, 2025

_____
MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE